# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| United States of America<br>v.<br><br>JONATHAN MATTHEW HALL<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:25-MJ-2202<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __July 8, 2025__ in the county of __Knox__ in the __Eastern__ District of __Tennessee__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 751(a) and 4082 | Escape from Custody |

This criminal complaint is based on these facts:
Please see attached affidavit, incorporated herein

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gregory Dahl, United States Marshal's Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/09/2025

_____
*Judge's signature*

City and state: Knoxville, TN

Hon. Jill E. McCook, United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 3:25-MJ-2202 |
| v. | ) |
| JONATHAN MATTHEW HALL, | ) |
| Defendant. | ) |

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Greg Dahl, being duly sworn, state the following to be true to the best of my knowledge, information and belief:

1. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 21 of the United States Code, who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 21. I have been involved in the field of law enforcement since 2009 and am presently assigned as a Deputy US Marshal ("DUSM") for the United States Marshals Service ("USMS") and have been so since November of 2009. In that role, I am responsible for investigating crimes that involve noncompliant sex offenders, threats against judges and or members of the court system, prisoners that have escaped penal institutions, and fugitive apprehensions of both local and federal charges. I am currently assigned to Smoky Mountains Fugitive Task Force (SMFTF) in the Knoxville District Office.

2. I have been employed as a Deputy US Marshal with the Department of Justice, assigned to the Eastern District of Tennessee since December 2009. I am currently assigned to the Smoky Mountains Fugitive Task Force, a unit that is charged with the investigation of criminal conduct relating to controlled substances, gang crime, criminal conspiracies, and other

1

criminal schemes. In the performance of my duties both as a uniformed law enforcement officer and a fugitive investigator, I have conducted and participated in numerous investigations involving illegal drugs, criminal conspiracies, and other general investigations of state and federal laws. I have received specialized training in fugitive investigations from the US Marshals Training Academy.

3. On or about December 13, 2006, Jonathan Matthew Hall, (HALL) was convicted of the offense of Aided and Abetted in Second Degree Murder, in violation of 18 U.S.C. §1111(a)(b) in the Eastern District of Tennessee. DUNCAN was sentenced to 262 months imprisonment in the United States Bureau of Prisons (BOP) followed by 3 years supervised release.

4. On December 12, 2024, the BOP transferred the defendant to the Midway Rehabilitation Center (Midway) located at 1515 East Magnolia Avenue, Knoxville, Tennessee, for the completion of his court-ordered sentence of confinement. On July 7, 2025, at approximately 7:39 p.m., HALL exited the Midway facility without permission. On July 8, 2025, at approximately 12:12 a.m., HALL was placed on escape status from Midway after he removed his Electronic Monitoring device. HALL's whereabouts remain unknown. On July 8, 2025, at approximately 3:12 a.m., your Affiant learned of HALL's escape by an official Notice of Escaped Federal Prisoner issued by the BOP, due to his escape from the Midway.

5. Based on the foregoing, I respectfully submit that probable cause exists to believe that on or about July 8, 2025, HALL committed a violation of 18 U.S.C. §§ 751(a) and 4082, Escape from Custody. Accordingly, I respectfully request that this Court issue a warrant for HALL's arrest.

2

FURTHER, THE AFFIANT SAYETH NOT.

_____
Greg Dahl
Deputy United States Marshal
United States Marshals Service
Knoxville, Tennessee

Subscribed and sworn to before me this 9th day of July 2025.

_____
HON. JILL E. MCCOOK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF TENNESSEE

3